# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | * |
| KATHERINE ANTTI, | * |
| | *  No. 14-579V |
| Petitioner, | *  Special Master Christian J. Moran |
| | * |
| v. | *  Filed: March 4, 2016 |
| | * |
| SECRETARY OF HEALTH | *  Stipulation; Human Papillomavirus |
| AND HUMAN SERVICES, | *  vaccine ("HPV"); Varicella vaccine; |
| | *  Hepatitis A vaccine; |
| | *  headaches; visual changes; |
| | *  convergence and focusing |
| Respondent. | *  disorder. |
| * * * * * * * * * * * * * * * * * * * * | * |

Isaiah Richard Kalinowski, Maglio Christopher and Toale, PA for petitioner;
Debra A. Filteau Begley, U.S. Dep't of Justice, Washington, DC, for respondent.

## UNPUBLISHED DECISION[1]

On March 3, 2016, the parties filed a joint stipulation concerning the petition for compensation filed by Susan Antti on July 8, 2014, on behalf of her then-minor child Katherine Antti. Katherine (hereinafter "petitioner") was substituted as petitioner on October 8, 2014, after she reached the age of majority. In her petition, petitioner alleges that the Human Papillomavirus ("HPV"), Varicella, and Hepatitis A vaccines, which are vaccines contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. §100.3(a), received on November 19, 2011, and a second HPV vaccination received on April 20, 2012, caused her to develop headaches and visual changes, including a convergence and focusing disorder. Petitioner further alleges that she suffered the residual effects of these injuries for more than six

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

months.  Petitioner represents that there has been no prior award or settlement of a civil action for damages on her behalf as a result of her condition.

Respondent denies that the HPV, Varicella, and Hepatitis A vaccinations caused petitioner to suffer headaches and/or visual changes, including her convergence and focusing disorder, and/or any other condition.

Nevertheless, the parties agree to the joint stipulation, attached hereto as Appendix A.  The undersigned finds said stipulation reasonable and adopts it as the decision of the Court in awarding damages, on the terms set forth therein.

Damages awarded in that stipulation include:

**A lump sum payment of $10,000.00 in the form of a check payable to petitioner, Katherine Antti.  This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

In the absence of a motion for review filed pursuant to RCFC, Appendix B, the clerk is directed to enter judgment in case 14-579V according to this decision and the attached stipulation.[2]

Any questions may be directed to my law clerk, Dan Hoffman, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

*************************************
KATHERINE ANTTI,                     *
                                     *
            Petitioner,              *    No. 14-579V
                                     *    SPECIAL MASTER
v.                                   *    CHRISTIAN MORAN
                                     *
SECRETARY OF HEALTH AND              *
HUMAN SERVICES,                      *
                                     *
            Respondent.              *
*************************************

## STIPULATION

The parties hereby stipulate to the following matters:

1. Susan Antti, filed a petition for vaccine compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to 34 (the "Vaccine Program") on behalf of her then-minor child Katherine Antti. Katharine (hereinafter "petitioner") was substituted as petitioner on October 8, 2014, after she has reached the age of majority. The petition seeks compensation for injuries allegedly related to petitioner's receipt of Human Papillomavirus ("HPV"), Varicella, and Hepatitis A vaccines, which vaccines are contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3 (a).

2. Petitioner received HPV, Varicella, and Hepatitis A vaccinations on November 19, 2011, and a second HPV vaccination on April 20, 2012.

3. These vaccines were administered within the United States.

4. Petitioner alleges she developed headaches and visual changes, including a convergence and focusing disorder, and that both of these conditions were caused-in-fact by HPV, Varicella, and Hepatitis A vaccinations administered on November 19, 2011, and a second

HPV vaccination administered on April 20, 2012. She alleges that she experienced residual effects of these injuries for more than six months.

5. Petitioner represents that there has been no prior award or settlement of a civil action for damages on her behalf as a result of her condition.

6. Respondent denies that petitioner's headaches and/or visual changes, including her convergence and focusing disorder, and/or any other condition, were caused in fact by her HPV, Varicella, and Hepatitis A vaccinations administered on November 19, 2011, and/or her HPV vaccine administered on April 20, 2012.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payment:

> A lump sum of $10,000.00 in the form of a check payable to petitioner. This amount represents compensation for all damages that would be available under 42 U.S.C. §300aa-15(a).

9. As soon as practicable after the entry of judgment on entitlement in this case, and after petitioner has filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), and an application, the parties will submit to further proceedings before the special master to award reasonable attorneys' fees and costs incurred in proceeding upon this petition.

10. Petitioner and her attorney represent that compensation to be provided pursuant to this Stipulation is not for any items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g), to the extent that payment has been made or can reasonably be expected to be made under any State compensation programs, insurance policies, Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or by entities that provide health services on a pre-paid basis.

11. Payment made pursuant to paragraph 8, and any amounts awarded pursuant to paragraph 9, of this Stipulation will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

12. The parties and their attorneys further agree and stipulate that, except for any award for attorneys' fees, and litigation costs, the money provided pursuant to this Stipulation will be used solely for the benefit of petitioner as contemplated by a strict construction of 42 U.S.C. § 300aa-15(a) and (d), and subject to the conditions of 42 U.S.C. § 300aa-15(g) and (h).

13. In return for the payments described in paragraphs 8 and 9, petitioner, in her individual capacity on behalf of her heirs, executors, administrators, successors or assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of petitioner resulting from, or alleged to have resulted from, the HPV, Varicella, and Hepatitis A vaccinations administered on

November 19, 2011 and a second HPV vaccine administered on April 20, 2012, as alleged by petitioner in a petition for vaccine compensation filed on or about July 8, 2014, in the United States Court of Federal Claims as petition No. 14-579V.

14. If petitioner should die prior to entry of judgment, this agreement shall be voidable upon proper notice to the Court on behalf of either or both of the parties.

15. If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

16. This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended, except as otherwise noted in paragraph 9 above. There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to. The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the nature of the injury or condition or in the items of compensation sought, is not grounds to modify or revise this agreement.

17. This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that petitioner's headaches, and/or visual changes, including her convergence and focusing disorder, and/or any other condition, were caused in fact by her HPV, Varicella, and Hepatitis A vaccinations administered on November 19, 2011, and/or her HPV vaccine administered on April 20, 2012.

18. All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns.

END OF STIPULATION

Respectfully submitted,

PETITIONER:

*(signature)*
KATHERINE ANTTI

ATTORNEY OF RECORD FOR PETITIONER:

*(signature)*
ISAIAH KALINOWKSI Kalinowski
Maglio, Christopher, and Toale
1775 Pennsylvania Ave., N.W., Suite 225
Washington, DC 20006
(804) 622-0676

AUTHORIZED REPRESENTATIVE OF THE ATTORNEY GENERAL:

*(signature)*
VINCENT J. MATANOSKI
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

AUTHORIZED REPRESENTATIVE OF THE SECRETARY OF HEALTH AND HUMAN SERVICES:

*(signature)*
NARAYAN NAIR, M.D.
Acting Director
Division of Injury Compensation Programs
Healthcare Systems Bureau
U.S. Department of Health
5600 Fishers Lane
Parklawn Building, Mail Stop 08N146B
Rockville, MD 20857

Dated: 3/1/16

ATTORNEY OF RECORD FOR RESPONDENT:

*(signature)*
DEBRA A. FILTEAU BEGLEY
Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
(202) 616-4181

5